WILLIAM ROEPER, Respondent, v. ALBANY PORT DISTRICT et al., Appellants.—

All concur.

In the Matter of ANDREW YUHAS et al., Petitioners, against MARK GRAVES et al., Constituting the State Tax Commission, Respondents.—

All concur.